MAX GOLDSTEIN v. INDUSTRIAL REDISCOUNT CORPORATION. JACK SKLAR v. INDUSTRIAL REDISCOUNT CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MARK KAMLET for Admission to the Bar.— Motion for rehearing granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING S. REEVE v. JAMES H. R. CROMWELL, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALBERT HICKMAN v. GEORGE LEARY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

AARON GOLDSTEIN v. ELIAS LEPLER and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER C. ANDERSON v. JULIAN G. STRAUS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAY & LOEB, INC., v. POWERS REPRODUCTION CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JESSE J. MOORE v. EDWARD S. MADDOCK.— Motion for leave to appeal granted; motion for reargument denied. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LAZARE KLEIN COMPANY v. M. E. JORDAN, INC., and in the Alternative L. ERSTEIN & BRO., INC., and in the Alternative THE NEW YORK CENTRAL RAILROAD COMPANY, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BRUNSWICK REALTY COMPANY, Respondent, v. BERMAN RATHE CORPORATION, Appellant.— Orders modified so far as to grant the motion to the extent only of striking out paragraph " first " and paragraphs " third " to " sixth " inclusive, of the answer to the amended complaint, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J. Finch, McAvoy, Martin and O'Malley, JJ.

MARY CAMPBELL, as Administratrix, etc., of JOHN MURPHY, Deceased, Respondent, v. ELSIE S. HOLDING CO., INC., Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN McMANUS, Respondent, v. JOHN PARENT, Defendant, Impleaded with B. F. CURRY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MILTON GOLDBERG, an Infant, by HYMAN GOLDBERG, His Guardian ad Litem, Respondent, v. ELIZABETH ADELMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.